IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JAMES CALLISON, JR. AND ANNA CALLISON §§§§ *Plaintiffs,* § § vs. § § GENERAL MOTORS LLC §§§ *Defendant.* § | CIVIL ACTION NO. 4:20-CV-178 |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date came to be considered the Joint Stipulation of Dismissal with Prejudice filed by James Callison, Jr. and Anna Callison (collectively, "Plaintiffs") and Defendant General Motors LLC ("GM LLC"), in which Plaintiffs move to dismiss this suit with prejudice to re-filing (the "Motion" - Dkt. #30).

After considering the Motion, and all matters properly before the Court, the Court finds that the Motion is well taken and should be and is hereby **GRANTED**.

It is therefore **ORDERED** that each and every claim or cause of action asserted or that could have been asserted by Plaintiffs against GM LLC in the above-styled and numbered cause is hereby dismissed with prejudice.

It is further **ORDERED** that all costs of court incurred in connection with said causes of action are to be paid by the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 15th day of March, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE